No. 82–228.   BARRETT ET AL. *v.* SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.   JUSTICE BRENNAN and JUS-

TICE MARSHALL would grant the petition for writ of certiorari and reverse the convictions.